UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYFUN KARAUZUM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEVEN MERLAK,<br><br>　　　　　Respondent. | Case No. 1:19-cv-01190-JDP (HC)<br><br>ORDER DIRECTING SERVICE OF DOCUMENTS PURSUANT TO GENERAL ORDER NO. 595 |

General Order No. 595 of this court requires that the Federal Defender be notified of all pending pro se habeas petitions seeking relief under the First Step Act of 2018. The order states:

> Further, the Court will notify the Federal Defender in a timely fashion of all pending pro se motions and petitions seeking First Step Act relief, so the Federal Defender can assume timely representation, and will notify the Federal Defender when any new motion or petition for a writ of habeas corpus is filed involving a First Step Act claim.

E.D. Cal. General Order No. 595. Because the petition seeks relief under the Act, ECF No. 1, the court will direct the clerk of court to serve the Federal Public Defender for the Eastern District of California with a copy of this order and a copy of the petition. If the Federal Defender does not file a notice of appearance within thirty days from the date of this order, petitioner will proceed pro se.

**Order**

The clerk of the court is directed to serve copies of this order and the petition on the Office of the Federal Public Defender for the Eastern District of California. The clerk of the court must:

1. mail a copy of this order and a copy of the petition to the Office of the Federal Public Defender for the Eastern District of California.
2. email a copy of this order and a copy of the petition to attorney David Porter at David_Porter@fd.org.

IT IS SO ORDERED.

Dated:  September 3, 2019

UNITED STATES MAGISTRATE JUDGE

No. 202